# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

RANDY LEEPER AND CONNIE LEEPER,   :   No. 194 WAL 2017
:
      Petitioners   :
:
                      :   Petition for Allowance of Appeal from
                      :   the Order of the Superior Court
      v.   :
:
:
JAMES TINKEY, DEAN TINKEY, RALPH   :
TINKEY, AND HAROLD TINKEY,   :
INDIVIDUALLY AND /OR T/D/B/A TINKEY   :
BROTHERS LUMBER COMPANY,   :
AND/OR TINKEY BROS.: J. R. ENOS,   :
INDIVIDUALLY AND OR T/D/B/A PAUL   :
BUNYAN TREE SERVICE; PAUL   :
BUNYAN TREE SERVICE; PATRICK   :
MONROE; JOSEPH C. MONROE;   :
ROSALLE COTTON, EXECUTRIX OF   :
THE ESTATE OF JOSEPH A. MONROE,   :
DECEASED; LILLIAN FAY MONROE;   :
EOG RESOURCES, INC., CROWN   :
COMMUNICATIONS; CROWN CASTLE   :
USA, T/D/B/A CROWN   :
COMMUNICATIONS; AND CROWN   :
CASTLE INTERNATIONAL,   :
:
      Respondents   :


## ORDER


**PER CURIAM**

    **AND NOW**, this 16th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.